IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-373-FDW-DCK

| RAFAEL BACARO LOPEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ANTONY BLINKEN, Deputy Chief Of Mission, U.S. Embassy In Greece, and MARIA OLSON, Secretary Of The U.S. Department Of State, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Local Counsel William Fay on April 9, 2024.

Applicant Joshua L. Goldstein seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Joshua L. Goldstein is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 25, 2024

David C. Keesler
United States Magistrate Judge